No. 49340.—Protests 865521–G, etc., of Dirk Uges (New York).

Opinion by Keefe, J. It was stipulated that the cheese in question is similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstracts 42146, 48269, and 39667, which records were incorporated herein. The protests were sustained to this extent.